436 A.2d 982

**COMMONWEALTH of Pennsylvania**

**v.**

**Louis J. ALLESSIE, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 17, 1981.

Decided Oct. 8, 1981.

Reargument Denied Nov. 25, 1981.

Michael E. Dunlavey, North East (Court-appointed), for appellant.

Michael J. Veshecco, Dist. Atty., Shad Connelly, Asst. Dist. Atty., Erie, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN, and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Beaver County is affirmed.